No. 04–10235. Dominguez Lizano v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–10237. Gomez-Martinez v. United States. C. A. 3d Cir. Certiorari denied.

No. 04–10242. Huggins v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–10243. Tyree v. United States. C. A. 3d Cir. Certiorari denied.

No. 04–10252. Blue v. United States. C. A. 10th Cir. Certiorari denied.

No. 04–10257. Gibson v. United States. C. A. 4th Cir. Certiorari denied.

No. 04–10270. Lambros v. United States. C. A. 8th Cir. Certiorari denied.

No. 04–10296. Brown et al. v. United States. C. A. 6th Cir. Certiorari denied.

No. 04–1381. Sprint Communications Co., L. P., et al. v. Smith et al. C. A. 7th Cir. Motion of Association of American Railroads for leave to file a brief as amicus curiae granted. Certiorari denied.

No. 04–1461. Hanas v. Michigan. Cir. Ct. Genesee County, Mich. Motion of American Jewish Congress for leave to file a brief as amicus curiae granted. Certiorari denied.